UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **Idalia Gonzalez** | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Civil Action No. 7:26-cv-00104 |
| | § | |
| **Edinburg Consolidated Independent School District and AM Utilities & Construction, LLC.** | § § § § | |
| *Defendants* | § | |

### DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant EDINBURG CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("ECISD") hereby removes this civil action from the County Court at Law No. 6 of Hidalgo County, Texas to the United States District Court for the Southern District of Texas, McAllen Division, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, because this Court has federal question jurisdiction over Plaintiff's claims.

1. Plaintiff filed the lawsuit styled Idalia Gonzalez v. Edinburg Consolidated Independent School District and AM Utilities & Construction, LLC, Cause No. CL-26-0440-F, in the County Court at Law No. 6 of Hidalgo County, Texas (the "State Court Action").

2. ECISD was served with citation and Plaintiff's Original Petition on January 30, 2026. This Notice of Removal is therefore timely under 28 U.S.C. §1446(b).

3. This Court has original jurisdiction under 28 U.S.C. §1331 because Plaintiff asserts claims arising under the Constitution and laws of the United States, including: (a) 42 U.S.C. §1983 (Fourteenth Amendment / Monell liability; (b) b. Title II of the Americans

with Disabilities Act, 42 U.S.C. §12131 et seq.; and (c) Section 504 of the Rehabilitation Act, 29 U.S.C. §794.

4. Because the Court has original jurisdiction over these federal claims, the Court has supplemental jurisdiction over Plaintiff's related state law negligence claims pursuant to 28 U.S.C. §1367.

5. Venue is proper in the McAllen Division of the Southern District of Texas under 28 U.S.C. §124(b)(6) and §1391 because the state court action was filed in Hidalgo County, Texas, which lies within this Division and District, and the events giving rise to the claims occurred in this District.

6. Under 28 U.S.C. § 1446(b)(2)(A), removal generally requires the consent of all defendants who have been properly joined and served. ECISD is the only defendant whose consent is required for removal here because AM Utilities & Construction, LLC ("AM Utilities") has been improperly joined and would be considered a nominal party in this matter.

7. Plaintiff's pleading attributes potential paving or maintenance work at issue to AM Utilities only "upon information and belief," and ECISD's records and investigation to date reflect no evidence that AM Utilities ever contracted with ECISD or performed work at the property at issue. AM Utilities is therefore an improper or nominal party in this matter, barring Plaintiff from being able to establish a cause of action in state court. AM Utilities has no real interest in the outcome of this dispute and the consent of an improper or nominal defendant is not required for removal. *See, e.g.*, Farias v. Bexar County Bd. of Trs., 925 F.2d 866, 871 (5th Cir. 1991) (nominal parties need not join in removal).

8. Pursuant to 28 U.S.C. §1446(a), true and correct copies of all process, pleadings, and orders served upon ECISD in the State Court Action are attached as Exhibit A.

9. Written notice of this filing will promptly be provided to all adverse parties, and a copy of this Notice of Removal will be filed with the Clerk of the County Court at Law No. 6 of Hidalgo County, Texas, as required by 28 U.S.C. §1446(d).

10. ECISD demands a trial by jury on all issues so triable.

WHEREFORE, PREMISES CONSIDERED, ECISD respectfully removes this action to the United States District Court for the Southern District of Texas, McAllen Division, and request all further relief to which it may be entitled.

Respectfully submitted,

*/s/ Andrea Vela*
Andrea Vela, Attorney-in-Charge
Southern District ID No. 3436937
Texas Bar No. 24113522
avela@808west.com
Matthew William Tyan
Southern District ID No. 3956841
Texas Bar No. 24072489
mtyan@808west.com
O'HANLON, DEMERATH & CASTILLO
426 W. Caffery Pharr, Texas 78577
Tel: (956) 318-0555
Fax: (956) 318-1955
ATTORNEY FOR EDINBURG CONSOLIDATED
INDEPENDENT SCHOOL DISTRICT

## CERTIFICATE OF SERVICE

    I certify that on February 27, 2026, the following counsel of record was served with the foregoing document via the Court's electronic case filing system:

    Israel Garcia Perez III
    Texas Bar No. 24102349
    Israel.Perez@IsraelPerezLaw.com
    P.O. Box 260 Fate, Texas 75132
    Phone: (956) 614-1414
    Fax: (972) 942-8935
    ***Counsel for Plaintiff***

                              */s/ Andrea Vela*
                              Andrea Vela